# Court of Appeals
# of the State of Georgia

ATLANTA,_____August 04, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1579.  IN RE: THE ESTATE OF LONNIE MAE PARROT.**

This appeal, which was docketed in this Court on April 29, 2016, involved the conservatorship estate of Lonnie Mae Parrot and the removal of Ms. Parrot's court appointed guardians. On May 13, 2016, appellee filed a "suggestion of death," notifying this Court that Ms. Parrott had passed away. The appellant has been advised to withdraw the appeal, but as of the date of this order has failed to do so. Appellant has further failed to file an appellate brief, and is subject to dismissal on this basis. See Court of Appeals Rules 7, 23 (a).

Moreover, Ms. Parrot's death renders moot any question regarding her conservatorship. *Chastain v. Baker*, 178 Ga. App. 649 (344 SE2d 472) (1986). Accordingly, we DISMISS this appeal.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____08/04/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*